# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 274 - 1 | **DATE** | 11/3/2003 |
| **CASE TITLE** | UNITED STATES vs. JOSE REYES-HURTADO | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ■ Status hearing held and continued to 3/3/2004 at 10:00 A.M...
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] **Enter order for hospitalization for treatment pursuant to 18 USC 4241(d)(1). Order time excluded pursuant to 18:3161(h)(1)(A) from 11/3/03. (X-A)**

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | NOV 06 2003 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 24 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| DW | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE REYES-HURTADO,

    Defendant.

No. 03 CR 274
Judge James B. Zagel

## MEMORANDUM OPINION AND ORDER

This matter came before the court on the parties' agreed motion to modify the August 20, 2003, minute orders. As of August 20, 2003, there was a preponderance of evidence that Jose Reyes-Hurtado was mentally incompetent to understand the nature and consequences or the proceedings against him or to assist properly in his own defense. Accordingly, the court commits the defendant to the custody of the Attorney General.

It is hereby ordered that, pursuant to 18 U.S.C. § 4241(d)(1), Jose Reyes-Hurtado shall be hospitalized for treatment in a suitable facility for such reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to proceed.

ENTER:

_____
James B. Zagel
United States District Judge

DOCKETED
NOV 0 6 2003

DATE: 3 Nov 2003